UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-81228-CIV-HURLEY/WHITE

HAKAM SUELIMAN,
    plaintiff,
v.
DEPARTMENT OF CORRECTIONS, STATE OF FLA.,
SHANNON, Warden, Glades Correctional Institution,
LAWRENCE, Asst. Warden, Glades Correctional Institution, and
WEAVER, Mail Room Officer, Glades Correctional Institution,
    defendants.
_____/

ORDER ADOPTING REPORT & RECOMMENDATION OF
MAGISTRATE JUDGE PATRICK WHITE

**THIS CAUSE** is before the court upon the preliminary screening report and recommendation pursuant to 28 U.S.C. §1915 filed by Magistrate Judge Patrick White on January 27, 2011 [DE# 10]. Upon consideration, the court finds the report and recommendation of Magistrate Judge White to be sound and will adopt it here. It is therefore **ORDERED** and **ADJUDGED**:

1. Magistrate Judge White's January 27, 2011 report and recommendation [DE# 10] is **ADOPTED** and **INCORPORATED** in full.

2. The plaintiff's § 1983 claims against defendants Dept. Of Corrections, State of Florida, Shannon, Glades CI Warden, Lawrence, Glades CI Asst. Warden, and Weaver, Mail Room Officer, for denial of his First Amendment right to free speech and denial of equal protection shall proceed.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 10th day of March, 2011.

                                            Daniel T. K. Hurley
                                        United States District Judge

cc.
All counsel
Magistrate Judge Patrick White